IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| Al R. Ahnangnatoguk, | Case No. 3:08-cv-00072-TMB |
| Petitioner, | |
| vs. | |
| State of Alaska, et al., | **JUDGMENT IN A CIVIL CASE** |
| Respondent | |

    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X  **DECISION BY COURT**. The Court has reviewed this action, and has issued its decision.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.

APPROVED:

/s/ Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

| June 2, 2008 | IDA J. ROMACK |
| Date | Clerk |